1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 ERLINDA BALTAZAR        )
                           )     1:05-CV-735 OWW LJO
11                         )
           Plaintiff,      )     STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
           Defendant.      )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until January 16, 2006, in which to serve

20 Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, June

21 7, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated:  December 22, 2005            /s/ Gina Fazio

2 |                                       GINA FAZIO,
                                          Attorney for Plaintiff.
3
  | Dated: December 22, 2005
4 |                                       MCGREGOR SCOTT
                                          United States Attorney
5
  |                                       By: /s/ Kristi C. Kapetan
6 |                                       (as authorized via facsimile)
                                          KRISTI C. KAPETAN
7 |                                       Assistant U.S. Attorney

8 |         IT IS SO ORDERED.

9 | **Dated:    December 28, 2005**              **/s/ Lawrence J. O'Neill**
  | 66h44d                                       UNITED STATES MAGISTRATE JUDGE
10