1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| ERLINDA BALTAZAR, | ) | |
|---|---|---|
| | ) | 1:05-CV-735 OWW LJO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until February 15, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, June 7, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | | |
|---|---|---|
| 1 | Dated: January 17, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: January 17, 2006 | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

9  IT IS SO ORDERED.

10  **Dated:   January 18, 2006**          **/s/ Lawrence J. O'Neill**
    b9ed48                                 UNITED STATES MAGISTRATE JUDGE