1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ERLINDA BALTAZAR         )<br>                          )<br>        Plaintiff,     )<br>                          )<br> vs.                      )<br>                          )<br> JO ANNE B. BARNHART,     )<br> Commissioner of Social   )<br> Security,                )<br>                          )<br>        Defendant.        )<br> _____ ) | 1:05-CV-735 OWW LJO<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until March 17, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, June 7, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

1 | Dated: February 15, 2006 | /s/ Gina Fazio

2 | | GINA FAZIO,
  | | Attorney for Plaintiff.

3 | Dated: February 16, 2006

4 | | MCGREGOR SCOTT
  | | United States Attorney

5

6 | | By: /s/ Kristi C. Kapetan
  | | (as authorized via facsimile)
  | | KRISTI C. KAPETAN
7 | | Assistant U.S. Attorney

  | IT IS SO ORDERED.
8
  | **Dated:   February 17, 2006**          **/s/ Lawrence J. O'Neill**
9 | b9ed48                          UNITED STATES MAGISTRATE JUDGE