1    Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2    P.O. Box 26360
Fresno, California 93729
3    (559) 264-2800

4    Attorney for Plaintiff

5

6

7                IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10    ERLINDA BALTAZAR    )
                          )     1:05-CV-735 OWW LJO
11                           )
          Plaintiff,     )     STIPULATION AND ORDER
12                           )
   vs.                         )
13                           )
   JO ANNE B. BARNHART,  )
14    Commissioner of Social    )
   Security,                 )
15                           )
          Defendant.    )
16    _____)

17

18          IT IS HEREBY STIPULATED by and between the parties as follows: that

19    appellant be granted a 30 day extension of time, until June 5, 2006, in which to file and

20    serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21    July 7, 2005, shall proceed under the time limit guidelines set therein.

22    / /

23    / /

24    / /

25    / /

26    / /

27    / /

28    / /

1    Dated:  May 9, 2006                    /s/ Gina Fazio

2                                           GINA FAZIO,
                                            Attorney for Plaintiff.
3
     Dated: May 10, 2006
4                                           MCGREGOR SCOTT
                                            United States Attorney
5
                                            By: /s/ Kristi C. Kapetan
6                                           (as authorized via facsimile)
                                            KRISTI C. KAPETAN
7                                           Assistant U.S. Attorney

8
     IT IS SO ORDERED.
9
     **Dated:    May 30, 2006**                ___/s/ Lawrence J. O'Neill___
10   b9ed48                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28