1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ERLINDA BALTAZAR, | 1:05-CV-735 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until July 5, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, July 7, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

1 | Dated:  June 5, 2006 | /s/ Gina Fazio

2 | | GINA FAZIO,
  | | Attorney for Plaintiff.

3 | Dated: June 6, 2006

4 | | MCGREGOR SCOTT
  | | United States Attorney

5

6 | | By: /s/ Kristi C. Kapetan
  | | (as authorized via facsimile)
  | | KRISTI C. KAPETAN

7 | | Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   June 12, 2006** | **/s/ Lawrence J. O'Neill**
  | b9ed48 | UNITED STATES MAGISTRATE JUDGE