|  |  |
|---|---|
| 1 | Gina Fazio, Esq. #225178 |
|  | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
|  | Fresno, California 93729 |
| 3 | (559) 264-2800 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| ERLINDA BALTAZAR, | ) |  |
|---|---|---|
|  | ) | 1:05-CV-735 OWW LJO |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| JO ANNE B. BARNHART, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until August 4, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, July 7, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: July 5, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: July 10, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8   IT IS SO ORDERED.

9   **Dated:   July 11, 2006**          **/s/ Lawrence J. O'Neill**
    66h44d                               UNITED STATES MAGISTRATE JUDGE