```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA 93721
    Telephone No. (559) 497-4036
 5
    Attorneys for Defendant
 6
                   IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                          EASTERN DISTRICT OF CALIFORNIA
 8
    ERLINDA BALTAZAR,               )    1:05-CV-0735 OWW LJO
 9                                  )
                   Plaintiff,       )
10                                  )    STIPULATION AND ORDER
               v.                   )    FOR REMAND PURSUANT TO
11                                  )    SENTENCE FOUR OF 42 U.S.C.
    JO ANNE B. BARNHART,            )    § 405(g), and
12  Commissioner of Social          )
    Security,                       )    REQUEST FOR ENTRY OF JUDGMENT
13                                  )    IN FAVOR OF PLAINTIFF AND
                   Defendant.       )    AGAINST DEFENDANT
14  _____ )
15
```

16        IT IS HEREBY STIPULATED, by and between the parties, through

17   their respective counsel of record, that this action be remanded

18   to the Commissioner of Social Security for further administrative

19   action pursuant to section 205(g) of the Social Security Act, as

20   amended, 42 U.S.C. § 405(g), sentence four.

21        On remand, the Appeals Counsel will instruct an

22   Administrative Law Judge ("ALJ")to further consider Plaintiff's

23   mental impairment and make a finding as to whether Plaintiff's

24   mental impairment is severe.  In so doing, the ALJ will properly

25   assess the opinions of the state agency psychiatrists and the

26   medical source opinions of record.  In addition, the opinions of

27   Rosanna L. O'Donnell, MA, Robert Bogue, DC, and Saregon Malek, DC,

28   will be considered in accordance with Social Security Ruling 06-

1  03p (Sources Who Are Not Acceptable Medical Sources).
2  Furthermore, the ALJ will reassess Plaintiff's residual functional
3  capacity and, if warranted by the expanded record, obtain
4  supplemental vocational expert testimony.
5       The parties further request that the Clerk of the Court be
6  directed to enter a final judgment in favor of Plaintiff and
7  against Defendant, Jo Ann B. Barnhart, Commissioner of Social
8  Security, reversing the final decision of the Commissioner.
9                                    Respectfully submitted,

Dated: October 5, 2006            /s/ Gina M. Fazio
                                  (As authorized via facsimile)
                                  GINA M. FAZIO
                                  Attorney for Plaintiff


Dated: October 6, 2006            McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   October 11, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE